## WEATHERBEE *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 107, September Term, 1965.]

*Decided May 23, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and BARNES, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated by Judge Shirley B. Jones in the court below.

*Application denied.*